1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JUAN CARLOS VARGAS CASTILLO, | Case No.  1:25-cv-01286-JLT-HBK (HC) |
| 12  Petitioner, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |
| 13  v. | (Doc. No. 11) |
| 14  MINGA WOFFORD, in official capacity, Facility Administrator of Mesa Verde ICE | ORDER MOOTING PETITIONER'S MOTION FOR TEMPORARY |
| 15  Processing Center, et al., | RESTRAINING ORDER |
| 16  Respondents. | (Doc. No. 2) |
| 17 | |
| 18 | |
| 19 | |

20          Petitioner, represented by counsel, initiated this action by filing a Petition for Writ of

21  Habeas Corpus accompanied by a Motion for a Temporary Restraining Order.  (Doc. Nos. 1, 2).

22  Pending before the Court is the Parties' joint stipulation to dismiss this action with prejudice

23  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed on November 17, 2025.  (Doc.

24  No. 11).  The Parties also request that the hearing on the temporary restraining order and all

25  remaining deadlines be vacated.  (*Id.*).

26          The Federal Rules of Civil Procedure may be applied to habeas proceedings to the

27  extent such rules are not inconsistent with the statutory provisions of the Habeas Rules. Rules

28  Governing Section 2254 Cases in the United States District Court, Rule 12. See also, Fed. R.

1   Civ. P. 81(a)(4).  Rule 41(a)(1) has been found to apply in the habeas context where the

2   respondent had not yet filed an answer to the petition. *See Bhamani v. Apker*, 2018 WL

3   684896, at *1 (E.D. Cal. Feb. 1, 2018) ("Rule 41(a)(1) has been found to apply in the habeas

4   context where the respondent had not yet filed an answer to the petition." (collecting cases)).

5         In this case, Respondents have not served an answer or a motion for summary judgment.

6   Thus, the stipulation of dismissal signed by all parties is effective upon its filing and without a

7   court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

8         Accordingly, it is ORDERED:

9      1.   The Clerk of Court shall terminate Petitioner's Motion for Temporary Restraining

10          Order (Doc. No. 2) as MOOT.

11     2.   The Clerk of Court shall **CLOSE** this case to reflect the Parties' stipulation of

12          voluntary dismissal pursuant to Fed. R. Civ. P. 41 and terminate any remaining

13          hearings and deadlines.

14

15   Dated:    November 18, 2025

16                                     HELENA M. BARCH-KUCHTA
                                       UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28